UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF MARY M. DRYOVAGE - #112551. | Case No. 16-mc-80134-JD<br><br>**ORDER OF SUSPENSION** |

The Court has reviewed and considered Ms. Dryovage's response to the Court's Order to Show Cause. That prior order was based on notice that Ms. Dryovage had been suspended by the California Supreme Court for 1 year effective May 29, 2016. The Court consequently suspended Ms. Dryovage on an interim basis, and provided her with an opportunity, pursuant to Civil Local Rule 11-7(b)(1), to show cause why a suspension order should not be entered by this Court as a matter of reciprocal discipline.

Ms. Dryovage "requests to resign from the practice of law" during her period of suspension from the California State Bar, but her response does not attempt to meet -- and it does not meet -- the requirements of Civil Local Rule 11-7(b)(2) for contesting the imposition of reciprocal discipline by this Court.

Consequently, Ms. Dryovage's membership in the bar of this Court is suspended, and she may not practice before the United States District Court for the Northern District of California. Ms. Dryovage must follow the requirements of Civil Local Rule 11-7(b)(3) if she wishes to seek reinstatement with the bar of this Court after her state suspension ends.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
JAMES DONATO
United States District Judge